USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/2/2021__

**MEMORANDUM ENDORSEMENT**

<u>Reynolds v. Federal Bureau of Prisons et al.</u>, 7-21-cv-04763-NSR

      The Court is in receipt of the attached letter motion, dated September 25, 2021, titled "Motion to monitor and clarify law regarding confidential correspondence." (ECF No. 24.)

      The Court directs the Defendants to reply to Plaintiff's correspondence by November 8, 2021.  Defendants are directed to serve and file the response on November 8, 2021.  The Clerk of Court is kindly directed to mail a copy of this Endorsement to Plaintiff and show proof of service on the docket.

DATED:  November 2, 2021

White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Case 7:21-CV-04763-NSR

Brian Edward Reynolds,
Plaintiff,

-against-

United States of America et. al.,
Defendants

RECEIVED
SDNY PRO SE OFFICE
2021 SEP 30 AM 10:01

RE: Motion to Moniter and Clarify law regarding confidential correspondence.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Case 7:21-cv-04763-NSR

RE: Motion to monitor and clarify law regarding Confidential Correspondence.

(1) Comes now, plaintiff, and motions the Honorable Court once this case proceeds openly to issue order upon the Center for Disease Control to oversee the "mystery" illness at the Federal Correctional Facility located in Otisville. We are currently in the midst of what Assistant Health Service Administrator Grove entitled "Round Two" of this endemic. We recently ended around ten (10) days of quarantine and are in Unit EB now with the affected Unit FA shut down.
  Staff are still claiming to not know what the cause is but rumor is plenty.
(2) Plaintiff has motioned the court before regarding the staff opening

2

and photocopying and reading his legal/special mail outside his presence. This continues without justification or explanation regardless of the ink stamp notifications on the envelopes. (See Enclosed).

  Wherefore, Plaintiff requests the court order outside monitoring or intervention of the "mystery" illness that has continued due to staff's deliberate indifference to the problem and the severe itching suffered by inmates due to the indifference. Plaintiff also, again, motions the court to address and resolve the issue regarding the opening/copying of legal/special mail of Plaintiff by institutional staff.

  Respectfully Submitted
  Brian Reynolds
  Brian Reynolds
  September 25, 2021

3