USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2021

**MEMORANDUM ENDORSEMENT**

Reynolds v. Federal Bureau of Prisons et al, 21-cv-04763 (NSR)

      The Court is in receipt of Plaintiff's letter motion, dated September 25, 2021, titled "Motion to monitor and clarify law regarding confidential correspondence." (ECF No. 24.) Despite the Court's order on November 2, 2021, Defendants have not filed a reply to Plaintiff's correspondence by November 8, 2021. (ECF No. 26.) It is unclear to the Court what relief Plaintiff seeks through his letter motion. Plaintiff appears to assert allegations that may give rise to claims that must be properly asserted against Defendants. As such, Plaintiff's remedy is to either commence a separate action asserting such allegations or to file a leave to amend his Amended Complaint in the instant action.

      The Clerk of Court is kindly directed to mail a copy of this Endorsement to Plaintiff and show proof of service on the docket. The Clerk of Court is further directed to terminate the motion at ECF No. 24.

DATED: November 12, 2021

White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE