**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BRIAN EDWARDS REYNOLDS,

                      Plaintiff,

     -against-                                   21 **CIVIL** 4763 (NSR)

                                                                **<u>JUDGMENT</u>**

MS. GROVE, DR. ALFONSO LINLEY, and
ANN STEWART,

                      Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 22, 2023, Defendants' motion for summary judgment is GRANTED. Because this Court dismisses Plaintiff's claims for failure to exhaust, Plaintiff's claims are dismissed without prejudice. Plaintiff's remedy is to commence a new action consistent with this order upon exhaustion of his claims; accordingly, the case is closed.

**Dated:** New York, New York

      March 22, 2023

                                                                    **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                       **BY:**       *K. Mango*

                                                                   **Deputy Clerk**